**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | |
|---|---|
| AMBER GRANDIN, Individually and for Others Similarly Situated, <br><br> v. <br><br> REGENCY INTEGRATED HEALTH SERVICES, LLC. | Case No. 6:25-cv-00025 |

### RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Amber Grandin and Defendant Regency Integrated Health Services, LLC hereby dismiss this matter with prejudice, each party to pay its own costs. Because the Parties agree to the dismissal, it is effective upon filing. Each party is to bear their respective fees and costs.

Dated: April 27, 2026                                    Respectfully submitted,

/s/ *Michael A. Josephson*                               /s/ *Stephanie James*
Michael A. Josephson                                     Stephanie James
TX Bar No. 24014780                                      TX Bar No. 24085425
Fed. TX No. 27157                                        Stephanie.james@uwlaw.com
Andrew W. Dunlap                                         Gabrielle Griffith
TX Bar No. 24078444                                      TX Bar No. 24108884
Fed. ID No. 1093163                                      gabrielle.griffith@uwlaw.com
**JOSEPHSON DUNLAP LLP**                                 **UNDERWOOD LAW FIRM, P.C.**
5847 San Felipe St., Ste 2400                            P.O. Box 9158
Houston, Texas 77057                                     Amarillo, Texas 79105
Tel: (713) 352-1100                                      Telephone: (806) 376-5613
Fax: (713) 352-3300                                      Facsimile: (806) 349-9474
mjosephson@mybackwages.com
adunlap@mybackwages.com

                                                         **ATTORNEYS FOR DEFENDANT**

AND

Richard J. (Rex) Burch
Texas Bar No. 24001807
Fed. ID No. 21615
**BRUCKNER BURCH PLLC**
5847 San Felipe St., Ste 2400
Houston, Texas 77057
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**ATTORNEYS FOR GRANDIN**