United States District Court
Southern District of Texas

**ENTERED**
April 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| AMBER GRANDIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:25-CV-00025 |
| | § | |
| REGENCY INTEGRATED HEALTH | § | |
| SERVICES, LLC, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the parties' "Rule 41(a)(1)(A)(ii) Stipulation of Dismissal with Prejudice" (D.E. 15), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on April 28, 2026.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

1 / 1